**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

MARK ALAN ZWEIG                                                                                       PLAINTIFF

VS.                                                                        CIVIL ACTION NO. 3:04-cv-4WS

AMERIQUEST MORTGAGE COMPANY, et al.                                            DEFENDANTS

**ORDER**

This cause is before the court pursuant to the plaintiff's motions for enforcement of settlement, for injunctive relief and for sanctions [**Docket Nos. 107-1, 108-1, and 109-1**]. The plaintiff has requested enforcement of settlement, but the matter now appears to be resolved. The plaintiff seeks injunctive relief pursuant to a settlement agreement, asking that: (1) Ameriquest be enjoined from sending him any further "bills," and (2) that Ameriquest be enjoined "from reporting anything else to the credit bureaus." However, Ameriquest responds that it already has undertaken to correct the processing error that allowed the issuance of the mortgage loan statement or "bill" to the plaintiff. Ameriquest also contends that it has no intention of submitting any further information to the credit reporting agencies about the plaintiff unless directed to do so by this court. Finally, the plaintiff also seeks the imposition of sanctions. He does not recite any rule or statute. He simply notes that Ameriquest waited a month to sign the settlement agreement and continued to harass, and took a month to sign and deliver a proceeds check.

Having fully reviewed the matter of enforcement, injunctive relief and sanctions, this court finds no basis remaining for the motions to be considered and they are hereby denied.

**SO ORDERED**, this the 5th day of January, 2006.

        s/ HENRY T. WINGATE

        CHIEF UNITED STATES DISTRICT JUDGE

CIVIL ACTION NO. 3:04-cv-4WS
Order